Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−16445−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    MaryAnn Wallace
    21 Hibernia Road
    Rockaway, NJ 07866

Social Security No.:
    xxx−xx−6450

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 12, 2022.

Dated: October 12, 2022
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16445-SLM |
| MaryAnn Wallace | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 12, 2022 | Form ID: plncf13 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MaryAnn Wallace, 21 Hibernia Road, Rockaway, NJ 07866-1824 |
| 519682321 | | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 519682326 | + | Donald Wallace, 21 Hibernia Rd, Rockaway, NJ 07866-1824 |
| 519682329 | + | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 519682332 | + | Statebridge Company, 4600 S. Syracuse Street, Denver, CO 80237-2768 |
| 519682333 | + | Valley, Box 954, Wayne, NJ 07474-0954 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 12 2022 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 12 2022 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 21:28:07 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519682322 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2022 21:28:24 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519682323 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2022 21:27:16 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519711773 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 12 2022 21:28:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519682325 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 12 2022 21:22:00 | Dept Of Ed/582/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 519682324 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 12 2022 21:22:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 519682328 | + | Email/PDF: pa_dc_claims@navient.com | Oct 12 2022 21:28:27 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 519682320 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 12 2022 21:22:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519682330 | + | Email/Text: servicing@svcfin.com | Oct 12 2022 21:22:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 519682331 | + | Email/Text: servicing@svcfin.com | Oct 12 2022 21:22:00 | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |

Case 22-16445-SLM    Doc 18    Filed 10/14/22    Entered 10/15/22 00:18:08    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: plncf13 | Total Noticed: 20 |

| 519684079 | + Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 21:28:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|
| 519689859 | + Email/Text: electronicbkydocs@nelnet.net | Oct 12 2022 21:22:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519682327 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Statebridge Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor MaryAnn Wallace bky@dilworthlaw.com Miller.GeorgetteR93726@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4