**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION**

IN RE:                                                                                           Case No. 22-16445-SLM
                                                                                                     Chapter 13

MaryAnn Wallace

Debtor(s).

## NOTICE OF APPEARANCE

**NP202, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 18th day of October, 2022, to the following:

Georgette Miller
Dilworth Paxson LLP
1500 Market Street
Suite 3500e
Philadelphia, PA 19102
bky@dilworthlaw.com
*Attorney for Debtor(s)*


Marie-Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004
mag@magtrustee.com
*Chapter 13 Trustee*


U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

MaryAnn Wallace
21 Hibernia Road
Rockaway, NJ 07866

*Debtor(s)*


                        By:        /s/ Steven K. Eisenberg
                                 Steven K. Eisenberg, Esquire