GEORGETTE MILLER
MARGOLIS EDELSTEIN
100 CENTURY PARKWAY
SUITE 200
MOUNT LAUREL, NJ  08045

Re:   MARYANN WALLACE
      21 HIBERNIA ROAD
      ROCKAWAY,  NJ  07866

Atty:  GEORGETTE MILLER
       MARGOLIS EDELSTEIN
       100 CENTURY PARKWAY
       SUITE 200
       MOUNT LAUREL, NJ  08045

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 22-16445

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/31/2022 | $1,570.00 | 549989324 | 09/27/2022 | $1,570.00 | 8729120000 |
| 10/24/2022 | $1,570.00 | 8783203000 | 11/21/2022 | $1,570.00 | 8835562000 |
| 12/27/2022 | $1,570.00 | 8899646000 | | | |

**Total Receipts: $7,850.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $7,850.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| STATEBRIDGE COMPANY LLC | 12/12/2022 | $763.75 | 903,081 | 01/09/2023 | $1,483.65 | 904,574 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 368.95 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PNC BANK NATIONAL ASSOCIATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,128.09 | 100.00% | 0.00 | 2,128.09 |
| 0005 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SALLIE MAE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | SERVICE FINANCE COMPANY | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | STATEBRIDGE COMPANY LLC | MORTGAGE ARRE | 179,605.35 | 100.00% | 2,247.40 | 177,357.95 |
| 0015 | VALLEY | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | SALLIE MAE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | SALLIE MAE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-16445**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0022 | SALLIE MAE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $6,366.35**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $7,850.00    -    Paid to Claims: $2,247.40    -    Admin Costs Paid: $4,118.95    =    Funds on Hand: $1,483.65

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.