| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>MARYANN WALLACE | Case No.: 22-16445<br>Adv. No.:<br>Hearing Date: 07/12/2023<br>Judge: SLM |

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/21/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MARYANN WALLACE
21 HIBERNIA ROAD
ROCKAWAY, NJ  07866
Mode of Service:  Regular Mail

Attorney for Debtor(s):
GEORGETTE MILLER
MARGOLIS EDELSTEIN
100 CENTURY PARKWAY
SUITE 200
MOUNT LAUREL, NJ  08045
Mode of Service:  ECF and/or Regular Mail

Dated:  June 21, 2023                                By:  /S/  Jessica Antoine
                                                                  Jessica Antoine