Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−16445−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MaryAnn Wallace
   21 Hibernia Road
   Rockaway, NJ 07866

Social Security No.:
   xxx−xx−6450

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 12, 2022.

On 6/30/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                August 9, 2023
Time:                08:30 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 5, 2023
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                Case No. 22-16445-SLM

MaryAnn Wallace                                                                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                          Page 1 of 3

Date Rcvd: Jul 05, 2023                    Form ID: 185                    Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MaryAnn Wallace, 21 Hibernia Road, Rockaway, NJ 07866-1824 |
| 519682321 | | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 519682326 | + | Donald Wallace, 21 Hibernia Rd, Rockaway, NJ 07866-1824 |
| 519682332 | + | Statebridge Company, 4600 S. Syracuse Street, Denver, CO 80237-2768 |
| 519682333 | + | Valley, Box 954, Wayne, NJ 07474-0954 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2023 02:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2023 02:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jul 06 2023 01:53:54 | NP202, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2023 02:13:41 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519682322 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 06 2023 02:02:52 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519682323 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 06 2023 02:02:19 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519711773 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 06 2023 02:13:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519682325 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 06 2023 02:00:00 | Dept Of Ed/582/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 519682324 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 06 2023 02:00:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 519682328 | + | Email/PDF: pa_dc_claims@navient.com | Jul 06 2023 02:03:09 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 519682329 | ^ | MEBN | Jul 06 2023 01:55:12 | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 519738555 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 06 2023 01:58:00 | PNC Bank NA, Bankruptcy Department, PO BOX |

Case 22-16445-SLM    Doc 28    Filed 07/07/23    Entered 07/08/23 00:24:29    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 05, 2023 | Form ID: 185 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 94982, Cleveland, OH 44101 |
| 519682320 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 06 2023 01:58:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519737180 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 06 2023 02:00:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 519682330 | + | Email/Text: servicing@svcfin.com | Jul 06 2023 01:59:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 519682331 | + | Email/Text: servicing@svcfin.com | Jul 06 2023 01:59:00 | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 519744814 | ^ | MEBN | Jul 06 2023 01:54:59 | Statebridge Company, LLC, 6061 S. Willow Dr. Suite 300, Greenwood Village, CO 80111-5151 |
| 519684079 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2023 02:13:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519689859 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 06 2023 02:00:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519682327 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Statebridge Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NP202  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor MaryAnn Wallace bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven Eisenberg | on behalf of Creditor NP202  LLC bkecf@sterneisenberg.com, |

jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6