**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

MARYANN WALLACE

**Case No.:  22-16445**

**Adv. No.:**

**Hearing Date:**

**Judge:  SLM**

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/13/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MARYANN WALLACE
21 HIBERNIA ROAD
ROCKAWAY, NJ  07866
Mode of Service:  Regular Mail

Attorney for Debtor(s):
GEORGETTE MILLER
MARGOLIS EDELSTEIN
100 CENTURY PARKWAY
SUITE 200
MOUNT LAUREL, NJ  08045
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  December 13, 2023

By:   /S/  Jessica Antoine
Jessica Antoine