GEORGETTE MILLER
MARGOLIS EDELSTEIN
100 CENTURY PARKWAY
SUITE 200
MOUNT LAUREL, NJ  08045

Re:   MARYANN WALLACE  
    21 HIBERNIA ROAD  
    ROCKAWAY, NJ  07866

Atty:   GEORGETTE MILLER  
    MARGOLIS EDELSTEIN  
    100 CENTURY PARKWAY  
    SUITE 200  
    MOUNT LAUREL, NJ  08045

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
Chapter 13 Case # 22-16445

### RECEIPTS AS OF 01/01/2024     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/31/2022 | $1,570.00 | 549989324 | 09/27/2022 | $1,570.00 | 8729120000 |
| 10/24/2022 | $1,570.00 | 8783203000 | 11/21/2022 | $1,570.00 | 8835562000 |
| 12/27/2022 | $1,570.00 | 8899646000 | 01/26/2023 | $1,570.00 | 8958750000 |
| 02/24/2023 | $1,570.00 | 9014728000 | 03/27/2023 | $1,570.00 | 9075321000 |
| 04/25/2023 | $1,570.00 | 9127957000 | 05/22/2023 | $1,570.00 | 9180586000 |
| 07/11/2023 | $1,570.00 | | 07/31/2023 | $1,570.00 | |
| 09/05/2023 | $1,570.00 | | 10/02/2023 | $1,570.00 | |
| 11/02/2023 | $1,570.00 | | 12/04/2023 | $1,570.00 | |

**Total Receipts: $25,120.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $25,120.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| STATEBRIDGE COMPANY LLC | | | | | | |
| | 12/12/2022 | $763.75 | 903,081 | 01/09/2023 | $1,483.65 | 904,574 |
| | 02/13/2023 | $1,483.65 | 906,141 | 03/13/2023 | $1,483.65 | 907,728 |
| | 04/17/2023 | $1,483.65 | 909,377 | 05/15/2023 | $1,483.65 | 910,895 |
| | 06/12/2023 | $1,483.65 | 912,398 | 07/17/2023 | $2,935.90 | 913,922 |
| | 08/14/2023 | $1,467.95 | 915,393 | 09/18/2023 | $1,467.95 | 916,933 |
| | 10/16/2023 | $1,444.40 | 918,362 | 11/13/2023 | $1,444.40 | 919,806 |
| | 12/11/2023 | $1,444.40 | 921,223 | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,499.35 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PNC BANK NATIONAL ASSOCIATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-16445**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0003 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,128.09 | 100.00% | 0.00 | 2,128.09 |
| 0005 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SALLIE MAE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | SERVICE FINANCE COMPANY | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | STATEBRIDGE COMPANY LLC | (NEW) Paid in Full | 179,605.35 | 100.00% | 19,870.65 | 159,734.70 |
| 0015 | VALLEY | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | SALLIE MAE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | SALLIE MAE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | SALLIE MAE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $25,120.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $25,120.00      -      Paid to Claims: $19,870.65      -      Admin Costs Paid: $5,249.35      =      Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.