# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>MaryAnn Wallace<br>Debtor(s). | Chapter 13<br><br>Case No. 22-16445 (SLM) |

### DEBTOR'S MOTION TO VACATE DISMISSAL OF CASE

MaryAnn Wallace , by and through their counsel, Michelle Lee, Esquire, moves for relief under Fed. R. Bankr. P. 9024 based on the reasons stated below, and requests that the court vacate the order dismissing this case entered on January 26, 2024.

1. A Chapter 13 bankruptcy was filed with this court on August 16, 2022.

2. This Court dismissed the Chapter 13 case on January 24, 2024.

3. The Debtor seeks to reinstate the Chapter 13 bankruptcy. Modified Chapter 13 plan to extend deadline to refinance will be filed.

4. The Debtor prays this Court will reinstate their case.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order Reinstating this Chapter 13 case.

Dated: February 7, 2024

Dilworth Paxson LLP
By: Michelle Lee Esq.
1500 Market Street
Suite 3500
Phildelphia, PA 19102