**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
MARYANN WALLACE

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  22-16445SLM

HEARING DATE:  03/13/2024 at 10:00 AM

**TRUSTEE'S LIMITED OBJECTION TO DEBTOR(S) MOTION TO VACATE DISMISSAL OF CASE**

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of limited objection to the Debtor(s) Motion to Vacate Dismissal of Case, respectfully objects as follows:

- Although the Trustee has no objection to debtor's Motion, the Proposed Order should be revised to include language requiring a Modified Plan to be filed within 7 days of the entry of the Order Vacating Dismissal or this Case shall be dismissed again without further notice.

Wherefore, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that the Debtor(s) Motion to Vacate Dismissal of Case in its present form be denied.

Dated:  February 08, 2024

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee