UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dilworth Paxson LLP
Michelle Lee
1500 Market Street
Suite 3500
Phildelphia, PA 19102
856-323-1100

Order Filed on March 14, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

MaryAnn Wallace

Case No.: 22-16445

Chapter: 13

Judge: SLM

## ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 14, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☒ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

☐ ORDERED that the motion to vacate order dismissing case is denied.

☒ ORDERED (Other): Modified Plan to be filed within 7 days of the entry of the Order Vacating Dismissal or this Case shall be dismissed again without further notice.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service* in accordance with D.N.J. LBR 9024-1(b).

*rev. 8/1/2023*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16445-SLM |
| MaryAnn Wallace | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 14, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

**Recip ID    Recipient Name and Address**
db          + MaryAnn Wallace, 21 Hibernia Road, Rockaway, NJ 07866-1824

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon
    on behalf of Creditor Statebridge Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor NP202  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Michelle Lee
    on behalf of Debtor MaryAnn Wallace bky@dilworthlaw.com

Steven Eisenberg
    on behalf of Creditor NP202  LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 14, 2024 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6