Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.:  22−16445−SLM
                                      Chapter:  13
                                      Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MaryAnn Wallace
   21 Hibernia Road
   Rockaway, NJ 07866

Social Security No.:
   xxx−xx−6450

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/4/24.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 4, 2024
JAN: LVJ

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 22-16445-SLM

MaryAnn Wallace                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2024 | Form ID: 148 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MaryAnn Wallace, 21 Hibernia Road, Rockaway, NJ 07866-1824 |
| 519682321 | | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 519682326 | + | Donald Wallace, 21 Hibernia Rd, Rockaway, NJ 07866-1824 |
| 519682332 | + | Statebridge Company, 4600 S. Syracuse Street, Denver, CO 80237-2768 |
| 519684079 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519682333 | + | Valley, Box 954, Wayne, NJ 07474-0954 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 04 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 04 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Apr 04 2024 20:48:22 | NP202, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | EDI: PRA.COM | Apr 05 2024 00:35:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519682322 | + | EDI: CAPITALONE.COM | Apr 05 2024 00:35:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519682323 | + | EDI: CAPITALONE.COM | Apr 05 2024 00:35:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519711773 | + | EDI: AIS.COM | Apr 05 2024 00:35:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519682325 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 04 2024 20:54:00 | Dept Of Ed/582/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 519682324 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 04 2024 20:54:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 519682328 | + | EDI: NAVIENTFKASMSERV.COM | Apr 05 2024 00:35:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 519682329 | ^ | MEBN | Apr 04 2024 20:46:52 | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 519738555 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 22-16445-SLM    Doc 53    Filed 04/06/24    Entered 04/07/24 00:37:07    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2024 | Form ID: 148 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 519682320 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2024 20:52:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| | | | Apr 04 2024 20:52:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519737180 | | EDI: SALLIEMAEBANK.COM | Apr 05 2024 00:35:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 519682330 | + | Email/Text: servicing@svcfin.com | Apr 04 2024 20:53:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 519682331 | + | Email/Text: servicing@svcfin.com | Apr 04 2024 20:53:00 | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 519744814 | ^ | MEBN | Apr 04 2024 20:49:09 | Statebridge Company, LLC, 6061 S. Willow Dr. Suite 300, Greenwood Village, CO 80111-5151 |
| 519689859 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 04 2024 20:54:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519682327 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Statebridge Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NP202  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Lee | on behalf of Debtor MaryAnn Wallace bky@dilworthlaw.com |
| Steven Eisenberg | on behalf of Creditor NP202  LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6