UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dilworth Paxson LLP
Michelle Lee
1500 Market Street
Suite 3500
Phildelphia, PA 19102
856-323-1100

Order Filed on April 17, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

MaryAnn Wallace

| | |
|---|---|
| Case No.: | 22-16445 |
| Chapter: | 13 |
| Judge: | SLM |

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: April 17, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _____MaryAnn Wallace_____ for the reduction of time for a hearing on __MOTION TO VACATE DISMISSAL OF CASE__ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____4/24/2024_____ at __10:00 a.m__ in the United States Bankruptcy Court, _____50 Walnut Street, Newark NJ, 07102_____, Courtroom No. __3A__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _All Affected Parties._

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _Chapter. 13 Trustee, all secured creditors and their counsel if known; parties having filed notice of appearance and their counsel if known._

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _trustee, all secured creditors and their counsel if know_

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

Telephonic Via-Courtsolutions
8.   ☒ ⱽCourt appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*