# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| MaryAnn Wallace ) | |
| Debtor(s). ) | Case No. 2216445 (SLM) |
| ) | |
| ) | |
| ) | |
| ) | |

## DEBTOR'S MOTION FOR POST-PETITION FINANCING

Debtor files the forgoing Motion for Post-Petition Financing, through her attorney, and avers the following:

1. Debtor, MaryAnn Wallace, owns and resides at 21 Hibernia Road, Rockaway NJ 07866.

2. The Statebridge Company has a mortgage on the subject property. Statebridge has a lis pendens against the property because of a pending foreclosure.

3. Statebridge filed a total debt claim, Proof of Claim no 8, for $179,605.35.

4. Valley Bank has agreed to refinance the subject property to pay off Statebridge.

5. As stated in Debtor's certification, Valley Bank will finance $130,000 at 9.375%. The monthly payment will be $1201.18. Debtor will use cash to pay the remainder.

6. The refinance is in the best interest of the creditors, as Statebridge and the unsecured creditors will be paid 100%.

Dated: 4/18/24

/s/ Michelle Lee, Esq
Dilworth Paxson LLP
By: Michelle Lee Esq.
1500 Market Street
Suite 3500
Philadelphia, PA 19102