UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dilworth Paxson LLP
Michelle Lee
1500 Market Street
Suite 3500
Phildelphia, PA 19102
856-323-1100

In Re:

MaryAnn Wallace

Order Filed on April 18, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-16445

Chapter: 13

Judge: SLM

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: April 18, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _MaryAnn Wallace_ for the reduction of time for a hearing on _DEBTOR'S ~~CERTIFICATION IN SUPPORT OF POST-PETITION~~ FINANCING_ (MOTION FOR POST-PETITION FINANCING) under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _4/24/2024_ at _10:00 a.m_ in the United States Bankruptcy Court, _50 Walnut Street, Newark NJ, 07102_, Courtroom No. _3A_.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_All Affected Parties_

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_Chapter 13 Trustee, all secured creditors and their counsel if known; parties having filed notice of appearance and their counsel if known._

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _trustee, all secured creditors and their counsel if known._

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

Telephonic Via-Courtsolutions

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*