Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−16445−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MaryAnn Wallace
   21 Hibernia Road
   Rockaway, NJ 07866

Social Security No.:
   xxx−xx−6450

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 15, 2024.

Dated: August 15, 2024
JAN: omf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16445-SLM |
| MaryAnn Wallace | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 15, 2024 | Form ID: plncf13 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MaryAnn Wallace, 21 Hibernia Road, Rockaway, NJ 07866-1824 |
| 519682321 | | BBVA Compass, Pnc Cb Investigations, Cleveland, OH 44101 |
| 519682326 | + | Donald Wallace, 21 Hibernia Rd, Rockaway, NJ 07866-1824 |
| 519682327 | + | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 519682332 | + | Statebridge Company, 4600 S. Syracuse Street, Denver, CO 80237-2768 |
| 519682333 | + | Valley, Box 954, Wayne, NJ 07474-0954 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2024 22:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2024 22:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Aug 15 2024 22:03:17 | NP202, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 22:33:47 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519682322 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2024 22:33:11 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519682323 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2024 22:33:27 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519711773 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2024 22:08:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519682325 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 15 2024 22:11:00 | Dept Of Ed/582/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 519682324 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 15 2024 22:11:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 519682328 | + | Email/PDF: pa_dc_claims@navient.com | Aug 15 2024 22:07:20 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 519682329 | ^ | MEBN | Aug 15 2024 22:03:07 | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 519738555 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2024 22:09:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519682320 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 22-16445-SLM    Doc 86    Filed 08/17/24    Entered 08/18/24 00:16:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: plncf13 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 15 2024 22:09:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519737180 | | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 15 2024 22:11:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 519682330 | + | Email/Text: servicing@svcfin.com | Aug 15 2024 22:10:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 519682331 | + | Email/Text: servicing@svcfin.com | Aug 15 2024 22:10:00 | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 519744814 | ^ | MEBN | Aug 15 2024 22:03:01 | Statebridge Company, LLC, 6061 S. Willow Dr. Suite 300, Greenwood Village, CO 80111-5151 |
| 519684079 | ^ | MEBN | Aug 15 2024 22:02:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519689859 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 15 2024 22:11:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Statebridge Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NP202  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Lee | on behalf of Debtor MaryAnn Wallace bky@dilworthlaw.com |
| Steven Eisenberg | on behalf of Creditor NP202  LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2            User: admin            Page 3 of 3
Date Rcvd: Aug 15, 2024            Form ID: plncf13            Total Noticed: 25
TOTAL: 6